Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Pope Butler, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ

### ORDER

PER CURIAM.

Keyran Swims (Movant) appeals from the denial of his Rule 29.15 motion after an evidentiary hearing ordered by remand in *State v. Swims*, 966 S.W.2d 368 (Mo.App. E.D.1998). We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(j)(1995). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Alan J. Baker, St. Louis, for appellant.

Edward M. Roth, St. Louis, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J. and JAMES A. PUDLOWSKI, Sr. J.

### ORDER

PER CURIAM.

Defendant, Moumen Kuziez, appeals from the judgment denying his motion to set aside a default judgment. No error of law appears and an opinion would have no precedential value. However, the parties have been provided with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).

■

**Charles U. BROWN, Jr. and James A. Ryan, Plaintiffs/Respondents,**

v.

**Moumen KUZIEZ, Defendant/Appellant.**

**No. ED 76759.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 2, 2000.

■

**Horace TINCH and Gerald Clark, Appellants,**

v.

**STATE FARM INSURANCE COMPANY, Respondent.**

**No. ED 77168.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 2, 2000.